UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD HART,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant,

Case No. 1:15-CV-0185

HON. PAUL L. MALONEY

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g). This matter is remanded for further factual findings, including but not necessarily limited to, the ALJ's Step Two and RFC determinations.

Dated: November 30, 2016

/s/ Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE